UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   5:26-cv-143-JFW (DSR)                                    Date: August 12, 2026

Title      MARIO NAMBO MERINO v. JAMIE RIOS, et al.

Present: The Honorable:   Daniel S. Roberts, United States Magistrate Judge

| L. Krivitsky | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
|---|---|
| None present | None present |

**Proceedings:**          (IN CHAMBERS) **ORDER REQUESTING JOINT STATUS REPORT**

        In this Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, Petitioner challenges his detention as violative of the Immigration and Nationality Act ("INA") and requests a writ of habeas corpus ordering Respondents to release him from custody or alternatively, provide him with a bond hearing under 8 U.S.C. § 1226(a).  See Doc. No. 1.  Respondents filed their Answer to the Petition on March 2, 2026.  See Doc. No. 6.  Petitioner did not file a Reply.  ICE's online detainee locator system does not presently return a result for Petitioner with the A- number listed in the Petition, raising a question of whether Petitioner is presently in the custody of Respondents or if instead he has been released.  Moreover, EOIR's automated case information system shows that Petitioner is scheduled for an in-person hearing before the Immigration Court in Los Angeles in 2029, indicating Petitioner may already be at liberty.

        The Parties are therefore ordered to file, within seven days of the date of this Order, a joint status report updating the Court on whether Petitioner is still detained in Respondents' custody, and if not, what if anything remains to be decided on this Petition.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| **Initials of Preparer** | LK |